AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | October 4, 2007 |
| NAME OF SERVER *(PRINT)* Matthew G. Friedman | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☒ Other (specify): On the above date, at approximately 4:00 p.m., I served an original, sealed copy of the summons attached and two copies of the complaint in the action specified therein specified upon Sabrina Ambrose, Process Specialist, at the offices of CT Corporation System at 111 8th Ave., N.Y., NY, the agent of Defendant Verizon Communications, Inc.

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  10/5/07
                   Date

Signature of Server

Hayes & Maloney LLP
1 Rockefeller Plaza, Suite 1005
N.Y., NY 10020
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.



8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Southern    District of    New York

SEE ATTACHMENT

V.

SEE ATTACHMENT

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:

## 07 CIV 8592

TO: (Name and address of Defendant)

VERIZON COMMUNICATIONS INC.
C/O CT Corporation System
111 Eighth Avenue
New York, NY, 10011

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Andrew W. Hayes
Hayes & Maloney LLP
1 Rockefeller Plaza, Suite 1005
New York, NY 10020
(212) 554-3120

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON

CLERK

(By) DEPUTY CLERK

DATE: OCT 03 2007

**ATTACHMENT TO FORM AO 440--SUMMONS IN A CIVIL ACTION**
**PAGE 1 OF 1**

---

Plaintiffs:
DIGITAL ART MEDIA, INC., ON ITS OWN BEHALF AND BEHALF OF A CLASS OF SIMILARLY SITUATED PERSONS AND ENTITIES

Defendants:
VERIZON COMMUNICATIONS INC., GTE NET LLC D/B/A VERIZON ONLINE AND VIAMEDIA CORP.