UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DIGITAL ART SERVICES, INC., | : |
| Plaintiff, | : Case No. 07 CIV 8592 (LAP) |
| v. | : **VERIZON COMMUNICATIONS** |
| | : **INC. AND GTE.Net LLC's RULE 7.1** |
| VERIZON COMMUNICATIONS INC., *et al.*, | : **DISCLOSURE** |
| Defendants. | : |

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel for Verizon Communications Inc. certify that there are no corporate parents and/or publicly held corporations that own 10% or more of Verizon Communications Inc.'s stock. GTE.Net LLC is a wholly owned, indirect subsidiary of Verizon Communications Inc.

Dated: October 18, 2007

/s/
Craig S. Primis (CP-5017)
KIRKLAND & ELLIS LLP
655 Fifteenth Street NW
Washington, D.C.  20005
Telephone:    (202) 879-5000
Facsimile:    (202) 879-5200
*Attorneys for Defendants Verizon*
*Communications Inc. and GTE.Net LLC*