UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DIGITAL ART SERVICES, INC.,<br><br>    Plaintiff,<br><br>- against -<br><br>VERIZON COMMUNICATIONS INC., *et al.*,<br><br>    Defendants. | Case No. 07 CIV 8592 (LAP)<br><br>**APPEARANCE**<br><br>ECF CASE |

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for defendants Verizon Communications Inc. and GTE.Net LLC.  I certify that I am admitted to practice in this court.

Dated:  October 18, 2007

                 ___s/_____
                 Craig S. Primis (CP-5017)
                 KIRKLAND & ELLIS LLP
                 655 Fifteenth Street NW
                 Washington, D.C.  20005
                 Telephone: (202) 879-5000
                 Facsimile: (202) 879-5200

                 *Attorney for Defendants Verizon*
                 *Communications Inc. and GTE.Net LLC*