UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| DIGITAL ART SERVICES, INC., | : | |
| Plaintiff, | : | Case No. 07 CIV 8592 (LAP) |
| v. | : | **VERIZON COMMUNICATIONS INC. AND GTE.Net LLC's RULE 7.1 DISCLOSURE** |
| VERIZON COMMUNICATIONS INC., *et al.*, | : | |
| Defendants. | : | |

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel for Verizon Communications Inc. certify that there are no corporate parents and/or publicly held corporations that own 10% or more of Verizon Communications Inc.'s stock. GTE.Net LLC is a wholly owned, indirect subsidiary of Verizon Communications Inc.

Dated: October 18, 2007

    /s/
Craig S. Primis (CP-5017)
KIRKLAND & ELLIS LLP
655 Fifteenth Street NW
Washington, D.C. 20005
Telephone:   (202) 879-5000
Facsimile:   (202) 879-5200
*Attorneys for Defendants Verizon Communications Inc. and GTE.Net LLC*