# KIRKLAND & ELLIS LLP

AND AFFILIATED PARTNERSHIPS

655 Fifteenth Street, N.W.
Washington, D.C 20005

(202) 879-5000

www.kirkland.com

Craig S. Primis
To Call Writer Directly
202 879-5921
cprimis@kirkland.com

Facsimile
(202) 879-5200



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/22/07

October 18, 2007

RECEIVED
OCT 1 8 2007
LORETTA A. PRESKA
U.S. DISTRICT JUDGE
S.D.N.Y.

VIA HAND DELIVERY

The Honorable Loretta A. Preska
United States District Court
for the Southern District of New York
500 Pearl Street, Room 1320
New York, NY 10007-1312

    Re: *Digital Art Services, Inc. v. Verizon Communications Inc. et al.*
        S.D.N.Y. No. 07 CIV 8592 (LAP)

Dear Judge Preska:

    I am counsel to Verizon Communications Inc. and GTE Net LLC (collectively, "Verizon") in the above-referenced case and submit this letter to the Court to propose an extension of time.

    The current deadline for Verizon to answer, move, or otherwise respond to Digital Art's complaint is October 24, 2007. Verizon respectfully requests — and plaintiff Digital Art has consented to — an extension of this deadline until November 20, 2007. This is Verizon's first request for an adjournment or extension, and this extension would not affect any other scheduled dates.

    Counsel is available at the Court's convenience to answer any questions the Court may have.

SO ORDERED
*Loretta A. Preska*
LORETTA A. PRESKA
UNITED STATES DISTRICT JUDGE
October 22, 2007

Sincerely,

*Craig S. Primis*

Craig S. Primis, P.C. (CP-5017)

cc:  Andrew W. Hayes, Esq. (via e-mail)
      Jeffrey Brown, Esq. (via email)