# KIRKLAND & ELLIS LLP

AND AFFILIATED PARTNERSHIPS

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/20/07

655 Fifteenth Street, N.W.
Washington, D.C. 20005

Craig S. Primis
To Call Writer Directly:
202 879-5921
cprimis@kirkland.com

(202) 879-5000

www.kirkland.com

Facsimile
(202) 879-5200

November 15, 2007

RECEIVED

NOV 16 2007

LORETTA A PRESKA
U.S DISTRICT JUDGE
S D N.Y.

**VIA HAND DELIVERY**

The Honorable Loretta A. Preska
United States District Court
for the Southern District of New York
500 Pearl Street, Room 1320
New York, NY 10007-1312

Re:    *Digital Art Services, Inc. v. Verizon Communications Inc. et al.*
       **S.D.N.Y. No. 07 CIV 8592 (LAP)**

Dear Judge Preska:

I am counsel to Verizon Communications Inc. and GTE Net LLC (collectively, "Verizon") in the above-referenced case and submit this letter to the Court to propose an extension of time.

The current deadline for Verizon to answer, move, or otherwise respond to Digital Art's complaint is November 20, 2007. Because defendant Viamedia requested a waiver of service, Viamedia has until December 10, 2007 to answer, move, or otherwise respond to Digital Art's complaint. So that defendants are all responding on the same schedule, the parties respectfully request an extension of the deadline for Verizon to answer, move, or otherwise respond to Digital Art's complaint until December 10, 2007. All parties agree to this extension. This is Verizon's second request for an adjournment or extension, the first of which was granted. This second extension would not affect any other scheduled dates, but would coordinate them for the parties.

SO ORDERED

LORETTA A. PRESKA
UNITED STATES DISTRICT JUDGE

*November 19, 2007*

Chicago        Hong Kong        London        Los Angeles        Munich        New York        San Francisco

# KIRKLAND & ELLIS LLP

November 15, 2007
Page 2

           Counsel is available at the Court's convenience to answer any questions the Court may have.

Sincerely,

Craig S. Primis, P.C. (CP-5017)

cc:    Andrew W. Hayes, Esq. (via e-mail)
       Patrick J. Reilly, Esq. (via e-mail)