UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DIGITAL ART SERVICES, INC., on its own behalf and on behalf of a class of similarly situated persons and entities,<br><br>                 Plaintiff,<br><br>-against-<br><br>VERIZON COMMUNICATIONS INC., a Delaware corporation, GTE NET LLC, d/b/a VERIZON ONLINE LLC, a Delaware Limited Liability Company, and VIAMEDIA INC., a New York Corporation,<br><br>                 Defendants. | No. 07 CIV 8592 (LAP)<br><br>**APPEARANCE** |

To the Clerk of this Court and all parties of record:

Enter my appearance as counsel in this case for the defendant Viamedia Inc. I certify that I am admitted to practice in this court.

Dated: November 21, 2007

                                                                                                                                                                                                                              s/

                                                 Errol C. Deans, Jr., Esquire (ED-6525)
                                                 Gross, McGinley, LaBarre & Eaton, LLP
                                                 33 South 7th Street, P. O. Box 4060
                                                 Allentown, PA 18105-4060
                                                 Telephone: 610-820-5450
                                                 Facsimile: 610-820-6006

                                               *Attorney for Defendant Viamedia Inc.*