UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____
                                                      :
DIGITAL ART SERVICES, INC.,                :
                                                      :     No.  07 CIV 8592 (LAP)
                                    Plaintiff,     :
                                                      :
                    v.                              :     **VIAMEDIA INC.'S RULE 7.1**
                                                      :     **DISCLOSURE**
VERIZON COMMUNICATIONS INC.,      :
VERIZON ONLINE LLC, and               :
VIAMEDIA INC.,                             :
                                                      :
                                   Defendants.   :
_____:

        Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, and to enable District Judges and

Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for

Viamedia Inc. certifies that there are no corporate parents and/or publicly held corporations that own ten

(10%) percent or more of Viamedia Inc.'s stock.


                                        GROSS, McGINLEY, LaBARRE & EATON, LLP


                                        BY:_s/_____
                                              ERROL C. DEANS, ESQUIRE (ED-6525)
                                              Attorney for Defendant, Viamedia Inc.
                                              33 South 7th Street
                                              PO Box 4060
                                              Allentown, PA  18105-4060
                                              Phone:  (610) 820-5450
                                              Fax:    (610) 820-6006

Date: November 30, 2007