UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DIGITAL ART SERVICES, INC.,
on its own behalf and on behalf of a class
of similarly situated persons and entities,

      Plaintiff,

-against-

VERIZON COMMUNICATIONS INC.,
a Delaware corporation, GTE NET LLC,
d/b/a VERIZON ONLINE LLC, a
Delaware Limited Liability Company,
and VIAMEDIA INC., a New York
Corporation,

      Defendants.

No. 07 CIV 8592 (LAP)

MOTION TO ADMIT COUNSEL

PRO HAC VICE

PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, Errol C. Deans, Jr., a member in good standing of the bar of this Court, hereby move for an Order allowing the admission pro hac vice of

| | |
|---|---|
| Applicant's Name: | PATRICK J. REILLY |
| Firm Name: | Gross, McGinley, LaBarre & Eaton, LLP |
| Address: | 33 South 7th Street, P. O. Box 4060 |
| City/State/Zip: | Allentown, PA  18105-4060 |
| Phone Number: | 610-820-5450 |
| Fax Number: | 610-820-6006 |

PATRICK J. REILLY is a member in good standing of the Bar of the Commonwealth of Pennsylvania.

There are no pending disciplinary proceedings against PATRICK J. REILLY in any State or Federal court.

Dated: 11/21/07
Allentown, PA:

      Respectfully submitted,

      _____
      ERROL C. DEANS, JR. (ED-6525)
      Gross, McGinley, LaBarre & Eaton, LLP
      33 South 7th Street, P. O. Box 4060
      Allentown, PA  18105-4060
      *Attorney for Defendant Viamedia Inc.*

W:\WDOX\CLIENTS\VIAMEDIA\DIGITAL\00194252.DOC

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DIGITAL ART SERVICES, INC., on its own behalf and on behalf of a class of similarly situated persons and entities,<br><br>        Plaintiff,<br><br>-against-<br><br>VERIZON COMMUNICATIONS INC., a Delaware corporation, GTE NET LLC, d/b/a VERIZON ONLINE LLC, a Delaware Limited Liability Company, and VIAMEDIA INC., a New York Corporation,<br>        Defendants. | No. 07 CIV 8592 (LAP)<br><br>**AFFIDAVIT OF ERROL C. DEANS, JR. IN SUPPORT OF MOTION TO ADMIT COUNSEL PRO HAC VICE** |

Commonwealth of Pennsylvania )
             ) ss:
County of Lehigh        )

Errol C. Deans, Jr., being duly sworn, hereby deposes and says as follows:

1. I am associated with the firm of Gross, McGinley, LaBarre & Eaton, LLP, counsel for Defendant, Viamedia Inc., in the above captioned action. I am familiar with the proceedings in this case. I make this statement based on my personal knowledge of the facts set forth herein and in support of Defendant Viamedia Inc.'s motion to admit Patrick J. Reilly as counsel pro hac vice to represent Defendant, Viamedia Inc., in this matter.

2. I am a member in good standing of the bar of the State of New York, and was admitted to practice law on May 20, 1998. I am also admitted to the bar of the United States District Court for the Southern District of New York, and am in good standing with this Court.

3. I have known Patrick J. Reilly since 2003.

4. Mr. Reilly is a partner at Gross, McGinley, LaBarre & Eaton, LLP in Allentown, Pennsylvania.

5. I have found Mr. Reilly to be a skilled attorney and a person of integrity. He is experienced in Federal practice and is familiar with the Federal Rules of Procedure.

6. Accordingly, I am pleased to move the admission of Patrick J. Reilly, pro hac vice.

7. I respectfully submit a proposed order granting the admission of Patrick J. Reilly, pro hac vice, which is attached hereto as Exhibit A.

WHEREFORE it is respectfully requested that the motion to admit Patrick J. Reilly, pro hac vice, to represent Defendant, Viamedia Inc., in the above captioned matter, be granted.

Dated: 11/21/07
Allentown, PA:

Respectfully submitted,

_____
Notary Public

_____
ERROL C. DEANS, JR. (ED-6525)

COMMONWEALTH OF PENNSYLVANIA
Notarial Seal
Nancy Segilia Choy, Notary Public
Salisbury Twp., Lehigh County
My Commission Expires Mar. 16, 2009

Member, Pennsylvania Association of Notaries

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DIGITAL ART SERVICES, INC.,<br>on its own behalf and on behalf of a class<br>of similarly situated persons and entities,<br><br>                              Plaintiff,<br>     -against-<br><br>VERIZON COMMUNICATIONS INC.,<br>a Delaware corporation, GTE NET LLC,<br>d/b/a VERIZON ONLINE LLC, a<br>Delaware Limited Liability Company,<br>and VIAMEDIA INC., a New York<br>Corporation,<br>                              Defendants. | No. 07 CIV 8592 (LAP)<br><br>**ORDER FOR ADMISSION<br>PRO HAC VICE<br>ON WRITTEN MOTION** |

Upon the motion of Errol C. Deans, Jr., attorney for Viamedia Inc. and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that

| | |
|---|---|
| Applicant's Name: | PATRICK J. REILLY |
| Firm Name: | Gross, McGinley, LaBarre & Eaton, LLP |
| Address: | 33 South 7th Street, P. O. Box 4060 |
| City/State/Zip: | Allentown, PA  18105-4060 |
| Phone Number: | 610-820-5450 |
| Fax Number: | 610-820-6006 |
| Email Address: | preilly@gmle.com |

is admitted to practice pro hac vice as counsel for Viamedia Inc. in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of Court.

Dated: _____

_____
United States District/Magistrate Judge



## Supreme Court of Pennsylvania

## CERTIFICATE OF GOOD STANDING

*Patrick J. Reilly, Esq.*

**DATE OF ADMISSION**

*November 24, 1980*

The above named attorney was duly admitted to the bar of the Commonwealth of Pennsylvania, and is now a qualified member in good standing.



Witness my hand and official seal
Dated: November 14, 2007

John W. Person, Jr., Esq.
Deputy Prothonotary

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

_____
                                    :
DIGITAL ART SERVICES, INC.,         :
on its own behalf and on behalf of a class :
of similarly situated persons and entities, :
                                    :    07 CIV 8592 (LAP)
                         Plaintiff, :
                                    :
        -against-                   :
                                    :    **CERTIFICATE OF SERVICE**
VERIZON COMMUNICATIONS INC.,        :
a Delaware corporation, GTE NET LLC, :
d/b/a VERIZON ONLINE LLC, a         :
Delaware Limited Liability Company, :
and VIAMEDIA INC., a New York       :
Corporation,                        :
                                    :
                         Defendants.:
_____ :

I, ERROL C. DEANS, JR., hereby certify that I served a true and correct copy of the **MOTION TO ADMIT COUNSEL PRO HAC VICE**, the **AFFIDAVIT OF ERROL C. DEANS, JR. IN SUPPORT OF MOTION TO ADMIT COUNSEL PRO HAC VICE**, the **ORDER FOR ADMISSION PRO HAC VICE ON WRITTEN MOTION**, and the **CERTIFICATE OF GOOD STANDING** in the above-captioned case via first class mail, postage prepaid, on the persons listed below on this, the 21st day of Nov., 2007.

                                    Andrew W. Hayes, Esquire
                                    Hayes & Maloney LLP
                                    1 Rockefeller Plaza, Suite 1005
                                    New York, NY  10020

Jeffrey Brown, Esquire              Craig S. Primis, Esquire
Leeds, Morelli & Brown, P.C.        Kirkland & Ellis LLP
1 Old Country Road                  655 Fifteenth Street, N.W.
Carle Place, NY  11512-1801         Washington, DC  20005


                                    _____
                                    ERROL C. DEANS, JR., ESQUIRE (ED-6525)
                                    Gross, McGinley, LaBarre & Eaton, LLP
                                    33 South 7th Street, P. O. Box 4060
                                    Allentown, PA  18105-4060

Layn R. Phillips (to be admitted *pro hac vice*)
Bruce A. Wessel (admitted *pro hac vice*)
Melissa R. McCormick (admitted *pro hac vice*)
IRELL & MANELLA LLP
840 Newport Center Drive, Suite 400
Newport Beach, California 92660-6324
(949) 760-0991

-and-

Shawn Patrick Regan
Thomas G. Slater (to be admitted *pro hac vice*)
HUNTON & WILLIAMS LLP
200 Park Avenue, 52nd Floor
New York, New York 10166-0136
(212) 309-1000

*Attorneys for Plaintiff*
*WILLIAM I. KOCH*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
WILLIAM I. KOCH, an individual,      :

               Plaintiff,      :

               vs.      :        07 CV 9600 (BSJ)(DCF)

ERIC GREENBERG, an individual; ZACHYS      :        **NOTICE OF MOTION**
WINE & LIQUOR STORE, INC., a New York
corporation; and ZACHYS WINE AUCTIONS,      :
INC., a New York corporation,
                     :
               Defendants.      :
                     :
------------------------------------------------------------X

    PLEASE TAKE NOTICE that, upon the annexed Declaration of Shawn Patrick Regan, with exhibits, dated November 28, 2007, Plaintiff William I. Koch hereby moves this Court for an order pursuant to Local Civil Rule 1.3 (c) admitting *pro hac vice* Layn R. Phillips to appear as counsel for Plaintiff William I. Koch.

Dated: New York, New York
       November 28, 2007

By: _____
Shawn Patrick Regan
Thomas G. Slater (to be admitted *pro hac vice*)
Richard Soto
HUNTON & WILLIAMS LLP
200 Park Avenue, 52nd Floor
New York, New York 10166-0136
sregan@hunton.com
(212) 309-1000

-and-

Layn R. Phillips (to be admitted *pro hac vice*)
Bruce A. Wessel (admitted *pro hac vice*)
Melissa R. McCormick (admitted *pro hac vice*)
Jared Gale (to be admitted *pro hac vice*)
IRELL & MANELLA LLP
840 Newport Center Drive, Suite 400
Newport Beach, California 92660-6324
(949) 760-0991

*Attorneys for Plaintiff*
*WILLIAM I. KOCH*

To:    Anthony Paul Coles, Esq.
       DLA Piper
       1251 Avenue of the Americas
       New York, New York 10020

       *Attorneys for Defendant Eric Greenberg*

       Deborah A. Skakel, Esq.
       Lindsay A. Bush, Esq.
       Dickstein Shapiro LLP
       1177 Avenue of the Americas
       New York, New York 10036-2714

       *Attorneys for Defendants*
       *Zachys Wine & Liquor Store, Inc.*
       *Zachys Wine Auction, Inc.*

## **DECLARATION OF SERVICE**

Bradford C. Mulder, hereby declares under penalty of perjury, pursuant to 28 U.S.C. § 1746, that:

I am Managing Clerk at the law firm of Hunton & Williams LLP, attorneys for Plaintiff.

That on November 28, 2007, I served a true copy of the attached Notice of Motion, via First Class Mail on counsel of record at the addresses listed below, by depositing the same in a duly enclosed and sealed wrapper, with the correct postage thereon, in an official letter box duly maintained by the Government of the United States of America within the State of New York.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on November 28, 2007

Bradford C. Mulder

To:   Anthony Paul Coles, Esq.
      DLA Piper
      1251 Avenue of the Americas
      New York, New York 10020

*Attorneys for Defendant Eric Greenberg*

Deborah A. Skakel, Esq.
Lindsay A. Bush, Esq.
Dickstein Shapiro LLP
1177 Avenue of the Americas
New York, New York 10036-2714

*Attorneys for Defendants
Zachys Wine & Liquor Store, Inc.
Zachys Wine Auction, Inc.*

3