# HAYES & MALONEY LLP
1 ROCKEFELLER PLAZA, SUITE 1005
NEW YORK, NEW YORK 10020
VOICE: (212) 554-3120
FAX: (212) 554-3121

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/7/07

December 5, 2007

**Via Fax**
Hon. Loretta A. Preska
United States Courthouse
500 Pearl Street, Room 1320
New York, NY 10007

*Digital Art Services, Inc. v. Verizon Communications Inc. et al.*
**S.D.N.Y. No. 07 CIV 8592 (LAP)**

Dear Judge Preska:

I am counsel to Plaintiff Digital Art Services, Inc., in the above-referenced case and submit this letter to the Court to apprise the Court of developments among the parties and seek an extension of time.

The parties have been engaged in discussions regarding the allegations contained in the plaintiff's complaint. As a result of those discussions, plaintiff has agreed to file an amended complaint. In light of the expected amendment, the parties agree that it would be inefficient for the defendants to respond to the current complaint and therefore jointly request that the current schedule be adjourned. Plaintiff will file its amended complaint by December 20, 2007, and Defendants agree to answer, move, or otherwise respond within 30 days of service of the amended complaint. This is plaintiff's first request for an adjournment or extension. This extension would not affect any other scheduled dates.

Counsel is available at the Court's convenience to answer any questions the Court may have.

SO ORDERED
*Loretta A. Preska*
LORETTA A. PRESKA
UNITED STATES DISTRICT JUDGE
December 7, 2007

Sincerely,

*Andrew W. Hayes*
Andrew W. Hayes (AH-2570)

cc: Craig S. Primis, P.C. (via e-mail)
Patrick J. Reilly, Esq. (via e-mail)