UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/7/07
```

DIGITAL ART SERVICES, INC.,
on its own behalf and on behalf of a class
of similarly situated persons and entities,

                     Plaintiff,

-against-

VERIZON COMMUNICATIONS INC.,
a Delaware corporation, GTE NET LLC,
d/b/a VERIZON ONLINE LLC, a
Delaware Limited Liability Company,
and VIAMEDIA INC., a New York
Corporation,

                     Defendants.

No. 07 CIV 8592 (LAP)

**ORDER FOR ADMISSION
PRO HAC VICE
ON WRITTEN MOTION**

Upon the motion of Errol C. Deans, Jr., attorney for Viamedia Inc. and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that

| | |
|---|---|
| Applicant's Name: | PATRICK J. REILLY |
| Firm Name: | Gross, McGinley, LaBarre & Eaton, LLP |
| Address: | 33 South 7th Street, P. O. Box 4060 |
| City/State/Zip: | Allentown, PA 18105-4060 |
| Phone Number: | 610-820-5450 |
| Fax Number: | 610-820-6006 |
| Email Address: | preilly@gmle.com |

is admitted to practice pro hac vice as counsel for Viamedia Inc. in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of Court.

Dated: December 7, 2007

                                                    _____
                                                    United States District/Magistrate Judge