UNITED STATES DISTRCIT COURT
SOUTHERN DISTRICT OF NEW YORK

---

Digital Art Services, Inc., on its own behalf ) Index No.: 07-cv-8592-LAP
and on behalf of a class of similarly situated )
persons and entities, )
)
              Plaintiff, )
)
  - against - ) AFFIRMATION OF SERVICE
)
VERIZON COMMUNICATIONS INC., a )
Delaware Corporation, GTE NET LLC, d/b/a )
VERIZON ONLINE LLC, a Delaware )
Limited Liability Company, and VIAMEDIA )
INC., a New York Corporation, )
)
             Defendants. )

---

MATTHEW FRIEDMAN, an attorney duly authorized by law to practice before the courts of the State of New York, and not a party to this action, hereby affirms the following under penalty of perjury.

    1. I am an associate in the law firm of Hayes & Maloney LLP, attorneys for plaintiff DIGITAL ART SERVICES, INC.in the above-captioned action, and as such am fully familiar with the facts and circumstances of this matter as set forth herein.

    2. That on the 19th day of December, 2007 I served a true copy of the annexed Amended Complaint upon the attorneys listed on the below service list by depositing it enclosed in a postpaid properly addressed wrapper, in the mailbox at 1 Rockefeller Plaza, New York City, under the exclusive care and custody of the United States Postal Service, addressed to the attorneys listed on the below service list, the addresses therein being the addresses designated by each upon the last paper served by each in this action.

New York, New York
December 19, 2007

                                 By: _____
                                       Matthew G. Friedman
                                       HAYES & MALONEY LLP
                                       1 Rockefeller Plaza, Suite 1005
                                       New York, N.Y. 10020

**Service List**

Craig S. Primis, Esq.
Kirkland & Ellis LLP
655 Fifteenth Street, N.W
Washington, D.C.  20005-5793
*Counsel for Defendants Verizon Communications, Inc. and Gte Net LLC, d/b/a Verizon Online LLC*


Patrick Reilly, Esq.
Gross, McGinley, LaBarre & Eaton
P.O. Box 4060
Allentown, PA 18105-4060
*Counsel for Defendant Viamedia Inc*.