# HAYES & MALONEY LLP

1 ROCKEFELLER PLAZA, SUITE 1005
NEW YORK, NEW YORK 10020
VOICE: (212) 554-3120
FAX: (212) 554-3121

**Via Fax**
Hon. Judge Loretta A. Preska
United States Courthouse
500 Pearl Street, Room 1320
New York, NY 10007

```
USDC SDNY                January 17, 2008
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/17/08
```

*Digital Art Services, Inc. v. Verizon Communications Inc. et al.*
S.D.N.Y. No. 07 CIV 8592 (LAP)

Dear Judge Preska:

I am counsel to Plaintiff Digital Art Services, Inc., in the above-referenced case and submit this letter to the Court to apprise the Court of developments among the parties and seek an extension of time.

Plaintiff filed an amended complaint on December 20, 2007. Before that filing and since, the parties have been in discussions in an effort to resolve the dispute and they would like to continue those discussions, and therefore the parties jointly request that the current schedule be adjourned. Defendants agree to answer, move, or otherwise respond to the plaintiff's amended complaint by February 21, 2008.

This is plaintiff's second request for an adjournment or extension. This extension would not affect any other scheduled dates.

Counsel is available at the Court's convenience to answer any questions the Court may have.

SO ORDERED

*[signature]*
LORETTA A. PRESKA
UNITED STATES DISTRICT JUDGE

January 17, 2008

Sincerely,

*[signature]*
Andrew W. Hayes (AH-2570)

cc: Craig S. Primis, P.C. (via e-mail)
    Patrick J. Reilly, Esq. (via e-mail)