USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/10/08

RECEIVED
2008

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LORETTA A. PRESKA
U. S. DISTRICT JUDGE
S. D. N. Y.

---

DIGITAL ART SERVICES, INC.,

    Plaintiff,

v.

VERIZON COMMUNICATIONS INC., et al.,

    Defendants.

Case No. 07 CIV 8592 (LAP)

**STIPULATION OF DISMISSAL WITH PREJUDICE**

---

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Plaintiff Digital Art Services, Inc. hereby gives notice to the Court, and Defendants do hereby consent and stipulate, that Plaintiff dismisses this action **with prejudice**.

Dated: March 31, 2008

                        /s/ Andrew W. Hayes
                        Andrew W. Hayes (AH-2870)
                        1 Rockerfeller Plaza, Suite 1005
                        New York, N.Y. 10020
                        Telephone:  (212) 554-3120
                        Facsimile:   (202) 879-5200

                        *Attorney for Plaintiff Digital Art Services, Inc.*


                        s/ with consent of Craig S. Primis
                        Craig S. Primis, P.C. (CP-5017)
                        KIRKLAND & ELLIS LLP
                        655 Fifteenth Street NW
                        Washington, D.C. 20005
                        Telephone:  (202) 879-5000
                        Facsimile:   (202) 879-5200

                        *Attorney for Defendants Verizon*
                        *Communications Inc. and GTE.Net LLC*

---

*[Handwritten:]* The Clerk of the Court shall mark this action closed and all pending motions denied as moot.

SO ORDERED

*/s/ Loretta A. Preska*
LORETTA A. PRESKA
UNITED STATES DISTRICT JUDGE

April 9, 2008

_s/ with consent of Patrick Reilly_
Patrick Reilly
Gross, McGinley, Labarre & Eaton, LLP
33 South Seventh Street
Allentown, PA 18105
Telephone:   (610) 820-5450
Facsimile:    (610) 820-xxxx

*Attorney for Defendant Viamedia, Inc.*